THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant, *v.* THE CITY OF BUFFALO, Respondent.

*People ex rel. L. S. & M. S. Ry. Co.* v. *City of Buffalo*, 131 App. Div. 545, affirmed.
(Argued October 4, 1909; decided October 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

March 3, 1909, which affirmed an order of Special Term in a proceeding to review a local assessment.

*William B. Hoyt* for appellant.

*Louis E. Desbecker, Corporation Counsel (Samuel F. Moran* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.